| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| In Re:<br>Angel Rivera | |

**Order Filed on September 14, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

| | |
|---|---|
| Case No.: | 17-28067 (SLM) |
| Hearing Date: | 10/10/2017 |
| Judge: | Stacey L. Meisel |
| Chapter: | 13 |

### ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH D.N.J. LBR 1006-1, PAYMENT OF FILING FEES IN INSTALLMENTS

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 14, 2017**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

The Court having noted that the debtor filed a petition on _____September 5, 2017_____ and has failed to comply with the Court's local rule, *D.N.J. LBR 1006-1, Payment of Filing Fees in Installments*, it is hereby

ORDERED that the debtor must appear before the Honorable __Judge Stacey L. Meisel__ on _____October 10, 2017_____ at _____10:00 am_____ in Courtroom number __3A__, _____50 Walnut Street, Newark, NJ 07102_____, to show cause why this case should not be dismissed due to the debtor's failure to comply with the Court's local rule as stated below:

☐ Debtor has not paid the filing fee in the amount of _____ in full at the time of the filing of the petition, and has not submitted an *Application for Individuals to Pay the Filing Fee in Installments*. The Application must be filed, and the initial installment, in an amount equal to 25% of the full filing fee, must be paid immediately.

☒ Debtor has not submitted an *Application for Individuals to Pay the Filing Fee in Installments,* but has paid with the petition the first installment payment in an amount equal to at least 25% of the filing fee in the amount of $100.00.

*rev.8/1/16*

United States Bankruptcy Court
District of New Jersey

In re:  
Angel Rivera  
      Debtor

Case No. 17-28067-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 1                  Date Rcvd: Sep 14, 2017  
                        Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2017.  
db          +Angel Rivera,    11-13 Clinton Street,    Belleville, NJ 07109-2413

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2017 at the address(es) listed below:  
           Aileen   Perez    on behalf of Debtor Angel   Rivera aperezesq@yahoo.com  
           Marie-Ann Greenberg    magecf@magtrustee.com  
           U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                  TOTAL: 3